*Walter E. Dillon* and *Louis Feldman* for appellant.

*Abraham J. Gellinoff* for respondents.

Order affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.

In the Matter of the Construction of the Will of CORA E. LEWIS, Deceased. THE PEOPLE OF THE STATE OF NEW YORK et al., Respondents; NELLIE S. PLOGER et al., Appellants.

Argued January 7, 1955; decided February 28, 1955.

*Edward B. Horning* for appellants.

*Edward B. Horning* and *Herman Lavery,* in person, for Herman Lavery, special guardian for unknown distributees.

*Michael P. Geraci, Wendell P. Brown* and *Matthew A. Tiffany* for People of the State of New York, respondent.

*Curtis S. Bates,* respondent in person.

Decree of Surrogate's Court affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.